# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WERTHEIMER H., INC.; WERTHEIMER A., INC.; HENRY WERTHEIMER, III; JANE WERTHEIMER; PAUL WERTHEIMER; and JANET WERTHEIMER,<br><br>Plaintiffs,<br><br>vs.<br><br>RIDLEY USA, INC., a Minnesota Corporation, d/b/a WESTFEEDS; and JOHN DOES I-IV,<br><br>Defendants. | **CV-18-83-GF-BMM**<br><br>**ORDER** |

For the reasons stated in open court on October 8, 2019, IT IS ORDERED that Defendants Ridley USA, INC's motion for summary judgment (Doc. 25) is GRANTED, in part. The motion is granted in favor of Defendants for all claims

1

brought on behalf of Henry Wertheimer III, all claims brought on behalf Jane Wertheimer, Paul Wertheimer, and Janet Wertheimer except for negligent failure to warn, and all express warranty claims.

DATED this 10th day of October, 2019.

_____
Brian Morris
United States District Court Judge