FILED
10/21/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| IN RE: ELECTRONIC DEVICES IN COURT ENVIRONS | CV-18-83-GF-BMM |
|---|---|
| | ORDER |

IT IS HEREBY ORDERED that participants in the settlement conference in CV-18-083-GF-BMM be permitted to bring electronic devices into the James F. Battin Federal Courthouse on November 14, 2019.

DATED this  21st  day of October, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge