# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WERTHEIMER H., INC.; WERTHEIMER A., INC.; HENRY WERTHEIMER, III; JANE WERTHEIMER; PAUL WERTHEIMER; and JANET WERTHEIMER,<br><br>Plaintiffs,<br><br>v.<br><br>RIDLEY USA, INC., a Minnesota Corporation, d/b/a WESTFEEDS; and JOHN DOES I-IV,<br><br>Defendants. | Cause No. CV 18-83-GF-BMM<br><br>**ORDER DISMISSISNG CASE** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 82),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 24th day of June, 2020.

_____
Brian Morris, Chief District Judge
United State District Court